```
    X FILED     ___ LODGED
    ___ RECEIVED ___ COPY

       NOV 1 9 1999

   CLERK U S DISTRICT COURT
     DISTRICT OF ARIZONA
   BY_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| STEPHON SHEFFIELD, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CIV 99-1863-PHX-RCB (LOA) |
| MICHAEL C. SAMBERG, et al., | ) | **ORDER FOR PAYMENT** |
| Defendants. | ) | **OF INMATE FILING FEE** |

**TO: WARDEN MICHAEL SAMBERG OF CENTRAL ARIZONA DETENTION CENTER.**

Plaintiff Stephon Sheffield, #DC-271-261, presently confined in the Central Arizona Detention Center, Florence, Arizona, has been assessed an initial partial filing fee of $42.78 for this action pursuant to 28 U.S.C. § 1915(b)(1). Upon payment of that initial partial filing fee, Plaintiff will be obligated to make monthly payments in the amount of 20 percent of the preceding month's income credited to Plaintiff's trust account. The Warden is required to send to the Clerk of the Court the initial partial filing fee and thereafter payments from Plaintiff's trust account each time the amount in the account exceeds $10.00, until the statutory filing fee of $150.00 is paid in full. 28 U.S.C. § 1915(b)(2).

**IT IS THEREFORE ORDERED:**

(1) That the Warden or his designee shall collect from Plaintiff's trust account an initial partial filing fee in the amount of $42.78 and shall forward the amount to the Clerk of the Court. Said payment shall be clearly identified by the name and number assigned to this action.

(2) That thereafter, the Warden or his designee shall collect from Plaintiff's trust account



the balance of the $150.00 filing fee by collecting monthly payments from Plaintiff's trust account in an amount equal to 20 percent of the preceding month's income credited to Plaintiff's trust account and forwarding payments to the Clerk of the Court each time the amount in the account exceeds $10.00 in accordance with 28 U.S.C. § 1915(b)(2). The payments shall be clearly identified by the name and number assigned to this action.

(3) That the Warden or his designee shall notify the Clerk of the Court in writing when Plaintiff is either released from the Central Arizona Detention Center or transferred to another correctional institution, so new billing arrangements may be made to collect any balance still outstanding.

(4) That the Clerk of the Court is directed to serve by mail a copy of this Order on Warden Michael Samberg, Central Arizona Detention Center, P.O. Box 1048, 1155 North Pinal Parkway, Florence, Arizona 85232.

(5) That the Clerk of the Court is directed to forward a copy of this Order to Financial Administration for the Phoenix Division of the United States District Court for the District of Arizona. Financial Administration shall set up an account to receive payments on the filing fee for this action and shall notify the Court when the filing fee is paid in full.

DATED this _16_ day of _Nov_, 1999.

Robert C. Broomfield
United States District Judge